Reset Form

| | |
|---|---|
| DATE: 8/22/19 | UNITED STATES DISTRICT COURT |
| REPLY TO ATTN OF: Mary | # memorandum |

SUBJECT: Possibly Related Case
CASE NUMBER: 1:19-cv-669
CASE CAPTION: Michigan Republican Party et al. v. Benson

**FILED - GR**
August 22, 2019 12:27 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mkc  SCANNED BY: /s/

TO: Magistrate Judge Carmody

According to the Complaint

the attorney of record indicates this case is related to the cases listed below:

Judge Janet T. Neff          Case Number 1:19-cv-614

                             Case Number _____

                             Case Number _____

✓ Case is related        ____ Case is not related

Pursuant to Local Civil Rule 3.3(d)(iii)(A), civil cases are deemed related when a filed case:

____ (1) relates to property involved in an earlier numbered pending suit

✓ (2) arises out of the same transaction or occurrence and involves one or more of the same parties as a pending suit

____ (3) involves the validity or infringement of a patent already in suit in any pending earlier numbered case

____ (4) is a refiling of an earlier case that was dismissed or remanded to state court

COMMENTS BY MAGISTRATE JUDGE: _____

_____

Dated: 8/22/2019            *Ellen S Carmody*
                            Signature

X  Direct assignment performed     mkc        8/22/19
___ Random assignment performed    Initials   Date

07/15