UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN REPUBLICAN PARTY, et al.,

        Plaintiffs,                      Case No. 1:19–cv–669

     v.                                  Hon. Janet T. Neff

JOCELYN BENSON,

        Defendant.
_____/

## ORDER

Now pending before the Court is proposed Intervenor–Defendant Count MI Vote d/b/a Voters Not Politicians' unopposed Motion to Intervene (ECF No. 12). Being familiar with the case circumstances and finding that the requirements for permissive intervention under Federal Rule of Civil Procedure 24(b) and (c) are satisfied, the Court determines that permissive intervention is properly granted. Accordingly, IT IS HEREBY ORDERED that proposed Intervenor–Defendant Count MI Vote d/b/a Voters Not Politicians' unopposed Motion to Intervene (ECF No. 12) is GRANTED, and the Clerk's Office shall add Count MI Vote d/b/a Voters Not Politicians as a party defendant in this case.

    IT IS SO ORDERED.

Dated: September 6, 2019                        /s/ Janet T. Neff
                                                        JANET T. NEFF
                                                        Janet T. Neff United States District Judge