UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY DAUNT, et al.,

      Plaintiffs,                        Case No. 1:19–cv–614

v.                                    Hon. Janet T. Neff

JOCELYN BENSON, et al.,

      Defendants.
_____/

## ORDER

      This matter is before the Court on Defendant Jocelyn Benson's Motions for Excess Word Count (ECF Nos. 41, 47). The Court having reviewed the motions: IT IS HEREBY ORDERED that the Motions for Excess Word Count (ECF Nos. 41, 47) are GRANTED.

      IT IS SO ORDERED.

Dated:  September 23, 2019                      /s/ Janet T. Neff
                                                          JANET T. NEFF
                                                          Janet T. Neff United States District Judge