UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Michigan Republican Party, Laura Cox, Terri Lynn Land, Savina Alexandra Zoe Mucci, Dorian Thompson, Hank Vaupel, <br><br> Plaintiffs, <br><br> v. <br><br> Jocelyn Benson, in her official capacity as Secretary of State, <br><br> Defendant, <br><br> v. <br><br> Count MI Vote, d/b/a Voters Not Politicians, <br><br> Intervenor-Defendant. | Case No: 1:19-CV-00669-JTN-ESC <br><br> Honorable Janet T. Neff <br><br> Magistrate Judge Ellen S. Carmody |

## STIPULATED ORDER FOR THE SUBSTITUTION OF PLAINTIFFS' COUNSEL

Upon the stipulation of counsel as evidenced on the following page, and the Court being otherwise fully advised of the premises:

**IT IS HEREBY ORDERED** that Charles R. Spies (P83260) and Robert L. Avers (P75396) of Dickinson Wright PLLC are substituted in the place of Brian D. Shekell (P75327) of Clark Hill PLC as attorneys of record for Plaintiffs.

1

**IT IS SO ORDERED.**

Dated: _____  _____

                                                U.S. District Court Judge

So stipulated and agreed.

Date: September 25, 2019

| | |
|---|---|
| By: /s/ Brian D. Shekell (w/permission) | By: /s/ Robert L. Avers |
| Brian D. Shekell (P75327) | Robert L. Avers (P75396) |
| Clark Hill PLC | Dickinson Wright PLLC |
| 500 Woodward Ave, Ste 3500 | 350 S. Main Street, Ste 300 |
| Detroit, MI 48226-3435 | Ann Arbor, MI 48104 |
| Telephone: (313) 965-8803 | Telephone: (734) 623-1672 |
| Email: bshekell@clarkhill.com | Email: ravers@dickinsonwright.com |
| | |
| | /s/ Charles R. Spies |
| | Charles R. Spies (P83260) |
| | Dickinson Wright PLLC |
| | 1825 Eye Street NW |
| | Washington, DC 20006 |
| | Telephone: (202) 466-5964 |
| | Email: cspies@dickinsonwright.com |

ANNARBOR 99998-2851 265826v1