UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN REPUBLICAN PARTY, et al.,

        Plaintiffs,                            Case No. 1:19−cv−669

v.                                          Hon. Janet T. Neff

JOCELYN BENSON,

        Defendant.
_____/

**ORDER**

      Pending before the Court is a Stipulated Proposed Order for the Substitution of Plaintiffs' Counsel (ECF No. 44). Upon review of the request for substitution, the Court finds that the filing fails to comply with the September 11, 2019 order (ECF No. 22), which required all future filings to reflect both captions of the consolidated cases and to be filed in the Lead Case, No. 1:19−cv−614. For this reason, the stipulated proposed order is stricken. Accordingly: IT IS HEREBY ORDERED that the Stipulated Proposed Order for the Substitution of Plaintiffs' Counsel (ECF No. 44) is STRICKEN.

      IT IS SO ORDERED.

Dated: September 25, 2019                        /s/ Janet T. Neff
                                                                JANET T. NEFF
                                                                Janet T. Neff United States District Judge