UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY DAUNT, et al.,

       Plaintiffs,                        Case No. 1:19–cv–614

v.                                    Hon. Janet T. Neff

JOCELYN BENSON, et al.,

       Defendants.
_____/

## ORDER

This matter is before the Court on Plaintiffs Michigan Republican Party, Laura Cox, Terri Lynn Land, Savina Alexandra Zoe Mucci, Dorian Thompson, and Hank Vaupel's Motion to Exceed Word Limit (ECF No. 55). The Court having reviewed the motion: IT IS HEREBY ORDERED that the Motion to Exceed Word Limit (ECF No. 55) is GRANTED.

IT IS SO ORDERED.

Dated:  October 4, 2019                        /s/ Janet T. Neff
                                                        JANET T. NEFF
                                                        Janet T. Neff United States District Judge