**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 27, 2019

Mr. Graham K. Crabtree
Fraser, Trebilcock, Davis & Dunlap
124 W. Allegan
Suite 1000
Lansing, MI 48933

Ms. Heather S. Meingast
Office of the Attorney General
of Michigan
P.O. Box 30217
Lansing, MI 48116

Mr. Jason Brett Torchinsky
Holtzman Vogel Josefiak Torchinsky
45 N. Hill Drive
Suite 100
Warrenton, VA 20186

      Re: Case No. 19-2377, *Anthony Daunt, et al v. Jocelyn Benson, et al*
         Originating Case No.: 1:19-cv-00614; 1:19-cv-00669

Dear Counsel,

 This appeal has been docketed as case number **19-2377** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

 At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **December 11, 2019**.

            Appearance of Counsel
       Appellant: Civil Appeal Statement of Parties & Issues
            Disclosure of Corporate Affiliations
            Application for Admission to 6th Circuit Bar (if applicable)

|   |   |
|---|---|
| | Appearance of Counsel |
| Appellee: | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely,

s/Antoinette Macon
Case Manager
Direct Dial No. 513-564-7015

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 19-2377

ANTHONY DAUNT; TOM BARRETT; AARON BEAUCHINE; KATHY BERDEN; STEPHEN DAUNT; GERRY HILDENBRAND; GARY KOUTSOUBOS; LINDA LEE TARVER; PATRICK MEYERS; MARIAN SHERIDAN; MARY SHINKLE; NORM SHINKLE; PAUL SHERIDAN; BRIDGET BEARD; CLINT TARVER
             1:19-cv-00614

   Plaintiffs - Appellants

and

MICHIGAN REPUBLICAN PARTY  1:19-cv-00669

   Plaintiff

v.

JOCELYN BENSON, in her official Capacity as Michigan Secretary of State; COUNT MI VOTE, doing business as Voters Not Politicians

   Defendants - Appellees